No. 98–5966. OGDEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–5979. BROWN v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–5996. SMITH v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–5997. SHEPPARD v. LONG ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6018. MALONE v. VASQUEZ, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–6025. BYRD v. PRICE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–6031. HY THI NGUYEN v. DALTON, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 98–6034. LEE v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTION CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–6037. STOIANOFF v. NEW YORK TIMES ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 98–6041. MARTIN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–6050. PEREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6055. CURTIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6060. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6076. SWEENEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.